# Exhibit B

DOCUMENT 2

Case 2:22-cv-00112-AMM   Document 1-2   Filed 01/27/22   Page 2 of 6

ELECTRONICALLY FILED
12/22/2021 12:29 PM
01-CV-2021-903749.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON SMITH, CLERK

# IN THE CIRCUIT COURT FOR JEFFERSON COUNTY, ALABAMA

| | |
|---|---|
| LORI BELL,  *<br>*<br>*<br>   Plaintiff,  *<br>*<br>*v.*  *<br>*<br>KOHL'S, INC. and Fictitious *<br>Defendants "A," "B," and "C," whether *<br>singular or plural, those other persons, *<br>corporations, firms or other entities *<br>whose wrongful conduct caused or *<br>contributed to cause the injuries and *<br>damages to Plaintiff, all of whose true *<br>and correct names are unknown to *<br>Plaintiff at this time, but will be added *<br>by amendment when ascertained, *<br>*<br>   Defendant.  * | Case No.: CV - 2021 - _____ |

## COMPLAINT

This is an action by Plaintiff, Lori Bell, (hereinafter referred to as "Plaintiff") against Defendant, Kohl's, Inc., (hereinafter referred to as "Defendant") for personal injuries and damages sustained by the Plaintiff as the result of encountering a defective condition on Defendant's premises or about April 2, 2021.

### PARTIES, JURISDICTION, VENUE

1. The Plaintiff was a resident and citizen of Dade County, Georgia, residing at 450 Gulch Road, Trenton, GA 30752 at all times material to the issues in this case.

2. Defendant is a corporation that is registered to do business in the state of Alabama at all times material to the issues in this case. Defendant may be served through their registered agent,

1

Corporate Creations Network Inc., at 4000 Eagle Point Corporate Drive, Birmingham, AL 35242.

3. Fictitious Defendants "A", "B" and 'C' are other persons and/or entities whose wrongful conduct may have caused and/or contributed to the incident that forms the basis of this Complaint but are unknown to Plaintiff at this time.

4. The incident giving rise to this complaint occurred in Jefferson County, Alabama.

5. Venue in Jefferson County, Alabama is proper.

## APPLICABLE FACTS

6. On or about April 2, 2021, Plaintiff was at the Defendant's location in Jefferson County, Alabama, located at 5900 Chalkville Mountain Rd, Birmingham, AL 35235.

7. At said time and place, Plaintiff was an invitee was upon the premises of the Defendant in Jefferson County, Alabama, when Plaintiff fell after encountering a dangerous condition and was injured.

## COUNT ONE - NEGLIGENCE

8. Plaintiff re-alleges and incorporates the preceding paragraphs herein as if they were fully and completely set forth herein.

9. At said time and place, Plaintiff fell when Defendant **Kohl's Inc.** maintained a dangerous condition with actual or constructive knowledge that Defendant's sidewalk was dangerously maintained and Defendant **Kohl's Inc.** allowed said condition to be present without warning to the Plaintiff of the presence of said danger.

10. In causing said known dangerous condition to persist on that certain premises described hereinabove, Defendant **Kohl's Inc.**:

(a) Negligently failed to exercise ordinary care.

    (b)    Negligently failed to cure a known danger.

    (c)    Negligently failed to warn Plaintiff of said known danger.

    (d)    Otherwise acted in negligent disregard of the rights and safety of the Plaintiff and other business invitees.

11. The Plaintiff avers that the acts and conduct of the Defendant constitutes common law negligence.

12. As the proximate consequence of said negligence, Plaintiff was caused to suffer personal injuries, pain, suffering and other damages.

WHEREFORE, Plaintiff demands judgment against the Defendant **Kohl's Inc.** for all damages, court costs and attorney's fees to which Plaintiff is entitled and for all compensatory damages that it will take to make the Plaintiff fully whole; furthermore, Plaintiff demands any further damages in such an amount as this Court may determine.

## COUNT TWO - WANTONESS

13. Plaintiff re-alleges and incorporates the preceding paragraphs herein as if they were fully and completely set forth herein.

14. At said time and place, Defendant **Kohl's Inc.** acted in such a wanton manner by creating and maintaining a known dangerous condition and failing to cure or warn invitee of said dangerous condition, so as to

    (a) cause injury to Plaintiff due to the dangerous condition, and

    (b) cause Plaintiff to undergo doctors appointments and physical therapy appointments, and

    (c) cause the Plaintiff to suffer and sustain the injuries and damages.

15. In causing said known dangerous condition to persist on that certain premises described hereinabove, Defendant **Kohl's Inc.**:

    (a)     Wantonly failed to exercise ordinary care.

    (b)     Wantonly failed to cure a known defect.

    (c)     Wantonly failed to warn Plaintiff of said known defect.

    (d)     Otherwise acted in wanton disregard of the rights and safety of the Plaintiff and others business invitees.

16. The Plaintiff avers that the acts and conduct of the Defendant **Kohl's Inc.** constitutes wantonness.

17. As the proximate consequence of said negligence, Plaintiff was caused to suffer personal injuries, pain, suffering and other damages.

WHEREFORE, Plaintiff demands judgment against the Defendant **Kohl's Inc.** for all damages, court costs and attorney's fees to which Plaintiff is entitled and for all compensatory damages that it will take to make the Plaintiff fully whole; furthermore, Plaintiff demands any further damages in such an amount as this Court may determine.

## COUNT THREE – FICTITIOUS DEFENDANTS

18. Plaintiff re-alleges and incorporates the preceding paragraphs herein as if they were fully and completely set forth herein.

19. Fictitious Defendant "A", "B", and "C", whether singular or plural, are those other persons, firms, corporations, or other entities whose negligent, wanton, reckless and wrongful conduct contributed to the injuries sustained by the Plaintiff, said Fictitious Defendant names are unknown to Plaintiff at this time, but will be promptly substituted by amendment when ascertained.

WHEREFORE, Plaintiff demands judgment against Fictitious Defendants "A", "B", and "C", both jointly and severally, for all compensatory damages, court costs and attorney's fees to which

Plaintiff is entitled. Furthermore, Plaintiff demands punitive damages in such an amount as this Court may determine.

**JURY DEMANDED AS TO ALL COUNTS OF THE COMPLAINT**

This December 22, 2021.

Respectfully submitted,

*/s/ Holly A. Szafran*
HOLLY A. SZAFRAN (SZA003)
ATTORNEY FOR PLAINTIFF

**OF COUNSEL:**
**SLOCUMB LAW FIRM, LLC**
3500 Blue Lake Drive
Suite 450
Birmingham, AL 35243
Tel. No. (205) 564-1077
Fax No.  (205)-378-04866

**(the rest of this page left blank intentionally)**

5